**Order filed, September 23, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00593-CR

_____

**HECTOR  ANTONIO RIOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12-CR-2898**

---

### ORDER

The reporter's record in this case was due **August 14, 2015**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Leslie Kesterson**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM